

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00272-CV

JANN K. JONES AND                                          APPELLANTS
LADON E. JONES

V.

PLAINSCAPITAL BANK                                           APPELLEE

-----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY

-----------

## MEMORANDUM OPINION[1]

-----------

After Appellants Jann K. Jones and Ladon E. Jones filed their notice of appeal of the trial court's March 27, 2012 "Interlocutory Judgment by Default," we sent them a letter informing them of our concern that we might not have jurisdiction over the appeal because the trial court's order did not appear to be a final judgment or appealable interlocutory order. In our letter, we stated that

---

[1]See Tex. R. App. P. 47.4.

unless the appellants or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by July 19, 2012, the appeal could be dismissed for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 44.3; *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).  Having received no response, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  September 20, 2012